IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FABIO CAPARRA,**<br>    Plaintiff,<br>v.<br>**MAGGIANO'S INC.** *et al.*,<br>    Defendants. | **CIVIL ACTION**<br>**NO. 14-05722** |

## ORDER

**AND NOW,** this 1st day of September, 2015, upon consideration of Defendants' Renewed Motion to Dismiss Complaint and to Compel Arbitration (ECF No. 16), Plaintiff's response in opposition (ECF. No. 18), and Defendants' reply (ECF No. 19), it is **ORDERED** that the motion is **GRANTED in part**. The parties shall arbitrate the claims raised in Plaintiff's Complaint (ECF No. 1) in accordance with the parties' enforceable arbitration agreement. It is further **ORDERED** that this action shall be stayed and placed in **CIVIL SUSPENSE** pending the outcome of the arbitration.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.